**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

TODD ROSENBOWER,

      **Plaintiff,**

v.

      Case No. 3:26-CV-00918-NJR

COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court on Plaintiff Todd Rosenbower's motion for leave to proceed *in forma pauperis*, that is, without prepayment of fees or costs (Doc. 4). A federal court may permit an indigent party to proceed *in forma pauperis* as long as the action is not clearly frivolous or malicious, does not fail to state a claim on which relief may be granted, and does not seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(a)(1), (e)(2). The test for determining if an action is clearly frivolous or without merit is whether the plaintiff can make a rational argument on the law or facts in support of the claim. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller*, 708 F.2d 1241, 1247 (7th Cir. 1983). When assessing a motion to proceed *in forma pauperis,* a district court should inquire into the merits of a plaintiff's claims, and if the court finds them to be frivolous, it should deny leave to proceed *in forma pauperis*. *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

Here, the Court is satisfied from Rosenbower's affidavit that he is indigent. Furthermore, the Court does not find anything in the file to indicate that this action is frivolous or malicious, fails to state a claim, or seeks monetary relief against an immune defendant.

Therefore, the Court **GRANTS** the motion to proceed *in forma pauperis*. (Doc. 4). The Court notes, however, that should it become apparent that the action is frivolous or malicious at any time in the future, it shall dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS SO ORDERED.**

**DATED:   July 6, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**